# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147047 & (42)

DOUGLAS MARTIN BENEDICT,
      Plaintiff-Appellant,

v

SONIA AMOS WARCHOCK, BARBARA
SAMPSON, AMY BONITO, ANTHONY KING,
JOHN SULLIVAN, ROBERT AGUIRRE,
DIRECTOR OF SOCIAL SECURITY OFFICE,
ARUS JONES, PAROLE AGENT DIANA
FALLONE, CARSON CITY CORRECTIONAL
FACILITY WARDEN BILL JOINER, PAT
GUERIN, BREE GLENN, and KIM YOUNG,
      Defendants-Appellees.

SC: 147047
COA: 311405

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 21, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013

t0826



Clerk